RCC

FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| AMERICAN FAMILY INSURANCE | ) | **08 C 1242** |
| GROUP and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| | ) | JUDGE ASPEN |
| Defendants. | ) | MAGISTRATE JUDGE BROWN |

## NOTICE OF REMOVAL

Defendants, AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY (collectively referred to herein as "AMERICAN FAMILY"), by and through their attorneys, Sean P. MacCarthy, Craig M. Bargher, and CHITTENDEN, MURDAY & NOVOTNY LLC, in accordance with 28 U.S.C. §1446, submit this Notice of Removal for removal of this action from the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1441(a).

In support of its Notice of Removal, AMERICAN FAMILY states as follows:

1. This civil action was filed on January 28, 2008, in the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, as Cause No. 08 L 46.

2. The Summons and Complaint were first received by AMERICAN FAMILY INSURANCE GROUP's agent for service of process on February 4, 2008.

3. This Notice of Removal is being filed within thirty (30) days after the date that AMERICAN FAMILY was first served with the Summons and Complaint setting forth Plaintiff's claim for relief.

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 by reason of diversity of citizenship of the parties.

5. Plaintiff KLAUS SCHUBERT is and was at all relevant times a citizen and resident of the State of Illinois.

6. Defendant AMERICAN FAMILY INSURANCE GROUP is and was at all relevant times a private mutual company duly organized and existing under the laws of Wisconsin, with its principal place of business located in Madison, Wisconsin, and not the State of Illinois.

7. Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY is and was at all relevant times an insurance company duly organized and existing under the laws of Wisconsin, with its principal place of business located in Madison, Wisconsin, and not the State of Illinois.

8. The amount in controversy in this matter, exclusive of interest and costs, exceeds $75,000, as Plaintiff seeks to recover, at minimum, $100,000 in benefits under an insurance policy issued by AMERICAN FAMILY MUTUAL INSURANCE COMPANY.

In accordance with 28 U.S.C. §1446(a) AMERICAN FAMILY states that the following documents constitute all the process, pleadings and orders served upon it:

    a. Summons;
    b. Proof of Service of Process; and
    c. Complaint at Law.

True and correct copies of the aforementioned documents are attached hereto and made a part hereof as Exhibits A, B and C respectively.

A true and correct copy of this Notice of Removal shall be filed with the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, in accordance with 28 U.S.C. §1446(d).

        Respectfully submitted,

        CHITTENDEN, MURDAY & NOVOTNY LLC

        By: _s/Craig M. Bargher_
         Craig M. Bargher
         One of the Attorneys for Defendants
         AMERICAN FAMILY INSURANCE GROUP and
         AMERICAN FAMILY MUTUAL INSURANCE
         COMPANY
         303 W. Madison, Suite 1400
         Chicago, Illinois 60606
         (312) 281-3600
         312) 281-3678 (fax)
         cbargher@cmn-law.com
         Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\notice of removal - cmb.doc