**08 C 1242**

**JUDGE ASPEN
MAGISTRATE JUDGE BROWN**

# EXHIBIT B

Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number: 08001300      Court Number: 08-L-46

**AUTHENTICATED**

I, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT on 31st day of January, 2008, and that I served the same on:

AMERICAN FAMILY INS GROUP  (Defendant)
6000 AMERICAN PKWY
MADISON, WI  53783
Served on: 4th day of February, 2008 at 11:45:00 by Douglas K Abing

Served to: SHARON MERCIER  (DESIGNEE FOR REG AGENT)
6000 AMERICAN PKWY
MADISON, WI  53783

Returned on the 4th day of February, 2008

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 4th day of February, 2008

David J. Mahoney, Sheriff
Dane County Sheriff's Office, Wisconsin

BY: _____
Deputy Sheriff
Civil Process

02/22/2008 15:06  6302629535                SCHROEDER & SCHROEDE                    PAGE 01/02

CRAIG
BARGHER
312-281-3678

Dane County Sheriff's Office
Civil Process
115 West Doty Street
MADISON, WI 53703

Process Number: 08001300                Court Number: 08-L-46

AUTHENTICATED

I, do hereby certify that I received the within and foregoing SUMMONS, COMPLAINT on 31st day of January, 2008, and that I served the same on:

AMERICAN FAMILY MUTUAL INS CO  (Defendant)
6000 AMERICAN PKWY
MADISON, WI 53783
Served on: 5th day of February, 2008 at 11:45:00 by Douglas K Abing

Served to: SHARON MERCIER  (DESIGNEE FOR REG AGENT)
6000 AMERICAN PKWY
MADISON, WI 53783

Returned on the 4th day of February, 2008

I also certify that I endorsed on the said copy the date of service, signed my name, and added my official title thereto.

Dated the 5th day of February, 2008

David J. Mahoney, Sheriff
Dane County Sheriff's Office, Wisconsin

BY: _____
Deputy Sheriff
Civil Process