U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

KLAUS SCHUBERT,
    Plaintiff,

v.

AMERICAN FAMILY INSURANCE GROUP and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
    Defendants.

Case Number: **08 C 1242**

JUDGE ASPEN
MAGISTRATE JUDGE BROWN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN FAMILY INSURANCE GROUP and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY

| Field | Value |
|---|---|
| NAME (Type or print) | Craig M. Bargher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Craig M. Bargher |
| FIRM | Chittenden, Murday & Novotny LLC |
| STREET ADDRESS | 303 W. Madison Street, Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06215735 |
| TELEPHONE NUMBER | (312) 281-3600 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☒

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT