IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY INSURANCE | ) | Judge Aspen |
| GROUP and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### AMERICAN FAMILY INSURANCE GROUP AND AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY (collectively referred to herein as "AMERICAN FAMILY"), by and through their attorneys, Sean P. MacCarthy, Craig M. Bargher, and CHITTENDEN, MURDAY & NOVOTNY LLC, for their Motion for an Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint at Law, state as follows:

1. This civil action was originally filed on January 28, 2008, in the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, as Cause No. 08 L 46.

2. On February 29, 2008, AMERICAN FAMILY timely removed this cause to this Court under 28 U.S.C. §§1441 and 1446.  Pursuant to Fed. R. Civ. P. 81(c), AMERICAN FAMILY's responsive pleading to Plaintiff's Complaint at Law is due on March 7, 2008.

3. The undersigned counsel has recently received the policy file relating to the insurance policy that is the subject of this litigation and respectfully requests an enlargement of

time of 30 days in order to allow adequate time to study the allegations of the Complaint at Law and to prepare a responsive pleading.

4.   AMERICAN FAMILY does not bring this Motion to unnecessarily delay this matter, but only seeks additional time to avoid undue prejudice.

WHEREFORE, AMERICAN FAMILY respectfully requests that this Court enter an order granting it an enlargement of time of 30 days, or until April 7, 2008, to Answer or Otherwise Plead to Plaintiff's Complaint at Law, in the form of the draft Order tendered herewith.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By: __s/ Craig M. Bargher_____
    Craig M. Bargher
    One of the Attorneys for Defendants
    AMERICAN FAMILY INSURANCE GROUP and
    AMERICAN FAMILY MUTUAL INSURANCE
    COMPANY
    303 W. Madison, Suite 1400
    Chicago, Illinois 60606
    (312) 281-3600
    312) 281-3678 (fax)
    cbargher@cmn-law.com
    Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\mot enlarge time - cmb.doc