IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY INSURANCE | ) | Judge Aspen |
| GROUP and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   John L. Schroeder
      Carolyn A. Schroeder
      Schroeder & Schroeder
      1250 Executive Place, Suite 201
      Geneva, IL  60134

   **PLEASE TAKE NOTICE** that on the **6th** day of **March, 2008** at **10:30 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 2568** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant's **Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint at Law**, a true and correct copy of which is attached hereto and hereby served upon you.

   Dated at Chicago, Illinois this **4th** day of **March, 2008.**

                              Respectfully submitted,

                              CHITTENDEN, MURDAY & NOVOTNY LLC


                              By:__s/ Craig M. Bargher_____
                                 Craig M. Bargher
                                 One of the Attorneys for Defendants
                                 AMERICAN FAMILY INSURANCE GROUP and
                                 AMERICAN FAMILY MUTUAL INSURANCE
                                 COMPANY

        303 W. Madison, Suite 1400
        Chicago, Illinois 60606
        (312) 281-3600
        312) 281-3678 (fax)
        cbargher@cmn-law.com
        Illinois Bar No.  6215735

*Certificate of Service*

    I hereby certify that on **March 4, 2008** I electronically filed the foregoing Notice of Motion with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

    John L. Schroeder
    Carolyn A. Schroeder
    Schroeder & Schroeder
    1250 Executive Place, Suite 201
    Geneva, IL  60134
    jls@adamsswatek.com

**DATED** this **4th** day of **March, 2008.**

                                                                     By:  s/ Craig M. Bargher
                                                                        Craig M. Bargher
                                                                         One of the Attorneys for Defendants
                                                                          AMERICAN FAMILY INSURANCE
                                                                          GROUP and AMERICAN FAMILY
                                                                          MUTUAL INSURANCE COMPANY
                                                                          303 W. Madison, Suite 1400
                                                                          Chicago, Illinois 60606
                                                                          (312) 281-3600
                                                                          312) 281-3678 (fax)
                                                                            cbargher@cmn-law.com
                                                                            Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\NOM - MET.doc