**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **KLAUS SCHUBERT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  08-cv-1242** |
| | ) | |
| **AMERICAN FAMILY INSURANCE** | ) | **Judge Aspen** |
| **GROUP and AMERICAN FAMILY** | ) | |
| **MUTUAL INSURANCE COMPANY,** | ) | **Magistrate Judge Brown** |
| | ) | |
| **Defendants.** | ) | |

**AMERICAN FAMILY INSURANCE GROUP AND AMERICAN
FAMILY MUTUAL INSURANCE COMPANY'S L.R. 3.2 NOTIFICATION OF
AFFILIATES – DISCLOSURE STATEMENT**

Defendants, AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through their attorneys, Sean P. MacCarthy, Craig M. Bargher, and CHITTENDEN, MURDAY & NOVOTNY LLC, pursuant to Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, state as follows for their L.R. 3.2 Notification of Affiliates – Disclosure Statement:

AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY have no affiliates.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:  s/ Craig M. Bargher
Craig M. Bargher
One of the Attorneys for Defendants
AMERICAN FAMILY INSURANCE GROUP and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY
303 W. Madison, Suite 1400

Chicago, Illinois 60606
(312) 281-3600
312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\3 2 discl st - cmb.doc

*Certificate of Service*

I hereby certify that on **April 4, 2008** I electronically filed the foregoing Defendant American Family Mutual Insurance Company's L.R. 3.2 Notification of Affiliates – Disclosure Statement with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

John L. Schroeder
Carolyn A. Schroeder
Schroeder & Schroeder
1250 Executive Place, Suite 201
Geneva, IL  60134
jls@schroeder-lawfirm.com
cas@schroeder-lawfirm.com

**DATED** this **4th** day of **April, 2008.**

/s/ Craig M. Bargher
Craig M. Bargher
One of the Attorneys for Defendant
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735