IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLAUS SCHUBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08-cv-1242 |
| ) | |
| AMERICAN FAMILY INSURANCE ) | Judge Aspen |
| GROUP and AMERICAN FAMILY ) | |
| MUTUAL INSURANCE COMPANY, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

### AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S
### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through its attorneys, Sean P. MacCarthy, Craig M. Bargher, and CHITTENDEN, MURDAY & NOVOTNY LLC, pursuant to Fed. R. Civ. P. 7.1, states as follows for its Disclosure Statement:

AMERICAN FAMILY MUTUAL INSURANCE COMPANY has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:   s/ Craig M. Bargher
   Craig M. Bargher
   One of the Attorneys for Defendant
   AMERICAN FAMILY MUTUAL INSURANCE
   COMPANY
   303 W. Madison, Suite 1400
   Chicago, Illinois 60606
   (312) 281-3600
   312) 281-3678 (fax)
   cbargher@cmn-law.com
   Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\7 1 discl st - cmb.doc

*Certificate of Service*

I hereby certify that on **April 4, 2008** I electronically filed the foregoing Defendant American Family Mutual Insurance Company's Fed. R. Civ. P. 7.1 Disclosure Statement with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

>John L. Schroeder
>Carolyn A. Schroeder
>Schroeder & Schroeder
>1250 Executive Place, Suite 201
>Geneva, IL  60134
>jls@schroeder-lawfirm.com
>cas@schroeder-lawfirm.com

**DATED** this **4th** day of **April, 2008.**

>/s/ Craig M. Bargher
>Craig M. Bargher
>One of the Attorneys for Defendant
>AMERICAN FAMILY MUTUAL
>INSURANCE COMPANY
>303 W. Madison, Suite 1400
>Chicago, Illinois 60606
>(312) 281-3600
>312) 281-3678 (fax)
>cbargher@cmn-law.com
>Illinois Bar No.  6215735