IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLAUS SCHUBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08-cv-1242 |
| ) | |
| AMERICAN FAMILY INSURANCE ) | Judge Aspen |
| GROUP and AMERICAN FAMILY ) | |
| MUTUAL INSURANCE COMPANY, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, KLAUS SCHUBERT, by and through his attorneys, John L. Schroeder and Schroeder & Schroeder, and Defendants, AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through their attorneys, Sean P. MacCarthy, Craig M. Bargher and Chittenden, Murday & Novotny LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Defendant, AMERICAN FAMILY INSURANCE GROUP.


Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC


By:  s/ Craig M. Bargher
Craig M. Bargher
One of the Attorneys for Defendants
AMERICAN FAMILY INSURANCE GROUP and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735

SCHROEDER & SCHROEDER

By: <u>s/ John L. Schroeder (with consent)</u>
John L. Schroeder
One of the Attorneys for Plaintiff
KLAUS SCHUBERT
1250 Executive Place
Suite 201
Geneva, IL 60134
(630) 262-9500
(630) 262-9535 (fax)
jls@schroeder-lawfirm.com

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\stipulation dismissal.doc

*Certificate of Service*

I hereby certify that on **April 4, 2008** I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

John L. Schroeder
Carolyn A. Schroeder
Schroeder & Schroeder
1250 Executive Place, Suite 201
Geneva, IL  60134
jls@schroeder-lawfirm.com
cas@schroeder-lawfirm.com

**DATED** this **4th** day of **April, 2008.**

    /s/ Craig M. Bargher
Craig M. Bargher
One of the Attorneys for Defendant
AMERICAN FAMILY MUTUAL
INSURANCE COMPANY
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735