**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Klaus Schubert
                                                        Plaintiff,
v.                                                      Case No.: 1:08−cv−01242
                                                        Honorable Marvin E. Aspen

American Family Mutual Insurance Company, et al.
                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

    MINUTE entry before Judge Honorable Marvin E. Aspen :Defendant American Family Insurance Group is dismissed pursuant to stipulation of dismissal and Fed.R.Civ.P. 41(a)(1)(A)(iii). Defendant American Family Insurance Group terminated.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.