## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Klaus Schubert

                        Plaintiff,

v.                                                        Case No.: 1:08−cv−01242

                                                                              Honorable Marvin E. Aspen

American Family Mutual Insurance Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 4/10/2008, and continued to 8/28/08 at 10:30 a.m. Discovery ordered closed by 8/1/2008. Parties to either file a joint pretrial order or cross−motions for summary judgment in open court on 8/28/2008 at 10:30 AM. Plaintiff's oral motion for leave to file an amended complaint within 21 days is granted. Defendants are given 21 days thereafter to file a responsive pleading to the amended complaint. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.