IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY MUTUAL | ) | Judge Aspen |
| INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER
PURSUANT TO THE HEALTH INFORMATION PORTABILITY AND
ACCOUNTABILITY ACT**

Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY ("AMERICAN FAMILY"), by and through its attorneys, Sean P. MacCarthy, Craig M. Bargher, and CHITTENDEN, MURDAY & NOVOTNY LLC, for its Agreed Motion for Entry of a Qualified Protective Order Pursuant to the Health Information Portability and Accountability Act ("HIPAA"), states as follows:

1.  Plaintiff has filed the above-captioned matter, seeking recovery of health insurance benefits for medical services provided to Judith M. Schubert, now deceased.

2.  The parties anticipate that they will need to discover information that qualifies as "individually identifiable health information"[1] under HIPAA, 42 U.S.C. 300gg, *et seq.*, and the federal regulations promulgated thereunder.

---

[1] "Individually identifiable health information" is information that: (1) is created or received by a health care provider, health plan, employer, or health care clearinghouse; and (2) relates to the past, present, or future physical or mental health or condition of an individual; the provision of health care to an individual; or the past, present, or future payment for the provision of health care to an individual when that information identifies the individual or contains enough information to reasonably believe that the information could be used to identify the individual.  45 C.F.R. § 160.103.

3. Federal regulations prohibit parties in possession of such information from disclosing that information in the absence of a "qualified protective order" that meets the requirements of 45 C.F.R. §§ 164.512(e)(1)(ii)(B) and (v).

4. A "qualified protective order," as defined by federal regulations, is a court order that: (i) prohibits parties from using or disclosing individually identifiable health information for any purpose other than the litigation or proceeding for which such information was requested; and (ii) requires the party receiving such information to return it to the party that provided it or to destroy such information, including all copies made, at the end of the litigation or proceeding that necessitated its disclosure. 45 C.F.R. § 164.512(e)(1)(v). The proposed HIPAA Qualified Protective Order attached hereto as Exhibit A satisfies those requirements.

5. Counsel for AMERICAN FAMILY has discussed this motion with Plaintiff's counsel, who agrees with and has no objection to this motion.

**WHEREFORE**, Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY, respectfully requests that this Court enter the proposed HIPAA Qualified Protective Order submitted herewith.

> Respectfully submitted,
> CHITTENDEN, MURDAY & NOVOTNY LLC
>
>
> By:  s/ Craig M. Bargher
> Craig M. Bargher
> One of the Attorneys for Defendants
> AMERICAN FAMILY INSURANCE GROUP and
> AMERICAN FAMILY MUTUAL INSURANCE
> COMPANY
> 303 W. Madison, Suite 1400
> Chicago, Illinois 60606
> (312) 281-3600
> 312) 281-3678 (fax)
> cbargher@cmn-law.com
> Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Discovery\HIPAA Motion - adt.doc

2

*Certificate of Service*

    I hereby certify that on **June 4, 2008** I electronically filed the foregoing Defendant American Family Mutual Insurance Company's Agreed Motion for Entry of a Qualified HIPAA Protective Order Pursuant to the Health Information Portability and Accountability Act with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

    John L. Schroeder
    Schroeder & Schroeder
    1250 Executive Place, Suite 201
    Geneva, IL  60134
    jls@schroeder-lawfirm.com

**DATED** this **4th** day of **June, 2008.**

                                                         /s/ Craig M. Bargher
                                                         CHITTENDEN, MURDAY & NOVOTNY LLC
                                                         303 West Madison Street, Suite 1400
                                                         Chicago, Illinois  60606
                                                         (312) 281-3600
                                                         (312) 281-3678 (fax)
                                                         cbargher@cmn-law.com