IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KLAUS SCHUBERT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| **AMERICAN FAMILY INSURANCE** | ) | Judge Aspen |
| **GROUP and AMERICAN FAMILY** | ) | |
| **MUTUAL INSURANCE COMPANY,** | ) | Magistrate Judge Brown |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

TO:   John L. Schroeder
       Schroeder & Schroeder
       1250 Executive Place, Suite 201
       Geneva, IL  60134

**PLEASE TAKE NOTICE** that on the **10th** day of **June, 2008** at **10:30 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 2568** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant's **Agreed Motion for Entry of a Qualified Protective Order Pursuant to the Health Information Portability and Accountability Act**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois this **4th** day of **June, 2008.**

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC


By:__s/ Craig M. Bargher_____
    Craig M. Bargher
    One of the Attorneys for Defendants
    AMERICAN FAMILY INSURANCE GROUP and
    AMERICAN FAMILY MUTUAL INSURANCE
    COMPANY
    303 W. Madison, Suite 1400
    Chicago, Illinois 60606
    (312) 281-3600
    312) 281-3678 (fax)
    cbargher@cmn-law.com
    Illinois Bar No.  6215735

*Certificate of Service*

    I hereby certify that on **June 4, 2008** I electronically filed the foregoing Notice of Motion with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

    John L. Schroeder
    Schroeder & Schroeder
    1250 Executive Place, Suite 201
    Geneva, IL  60134
    jls@adamsswatek.com

**DATED** this **4th** day of **June, 2008.**

    By:  s/ Craig M. Bargher
        Craig M. Bargher
        One of the Attorneys for Defendants
        AMERICAN FAMILY INSURANCE
        GROUP and AMERICAN FAMILY
        MUTUAL INSURANCE COMPANY
        303 W. Madison, Suite 1400
        Chicago, Illinois 60606
        (312) 281-3600
        312) 281-3678 (fax)
        cbargher@cmn-law.com
        Illinois Bar No.  6215735

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\NOM - HIPAA Motion.doc