**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Klaus Schubert
                                        Plaintiff,

v.                                       Case No.: 1:08−cv−01242

                                         Honorable Marvin E. Aspen

American Family Mutal Insurance Company, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

   MINUTE entry before the Honorable Marvin E. Aspen dated 6/9/08:Agreed Motion for entry of a qualified protective order [19] pursuant to the Health Information Portability an Accountability Act is granted. Motions terminated. Enter Order. The motion hearing set for 6/10/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.