IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KLAUS SCHUBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08-cv-1242 |
| ) | Judge Aspen |
| AMERICAN FAMILY MUTUAL ) | |
| INSURANCE COMPANY, ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

**JOINT AGREED MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY**

Plaintiff, KLAUS SCHUBERT, by and through his attorneys John L. Schroeder and SCHROEDER & SCHROEDER, and Defendant, AMERICAN FAMILY MUTUAL INSURANCE COMPANY (collectively referred to herein as "AMERICAN FAMILY"), by and through its attorneys, Sean P. MacCarthy, Craig M. Bargher, and CHITTENDEN, MURDAY & NOVOTNY LLC, for their Joint Agreed Motion for Extension of Time to Complete Discovery pursuant to Federal Rules of Civil Procedure 7(b) and 29(b), state as follows:

1. This civil action was originally filed on January 28, 2008, in the Circuit Court for the 16th Judicial Circuit, Kane County, Illinois, as Cause No. 08 L 46.

2. On February 29, 2008, AMERICAN FAMILY timely removed this cause to this Court under 28 U.S.C. §§1441 and 1446.

3. Plaintiff's counsel filed an Appearance on March 6, 2008.

4. On April 10, 2008, the court ordered that discovery shall close on August 1, 2008.

5. AMERICAN FAMILY has filed Answers to Plaintiff's Complaint and First Amended Complaint on April 4, 2008, and April 24, 2008, respectively.

6.The parties have exchanged their initial Rule 26 disclosures, and they continue to supplement same as investigations continue.

7.The parties have exchanged written discovery.  On April 30, 2008, Plaintiff served a Production Request upon AMERICAN FAMILY, which served its responsive Objections and Responses on May 30, 2008.  On June 3, 2008, AMERICAN FAMILY served Plaintiff with its First Request for Production of Documents and First Set of Interrogatories.  On June 24, 2008, Response to the Request for Production of Documents and Answer to Interrogatories.

8.AMERICAN FAMILY has produced 4,821 Bates-labeled documents to Plaintiff in discovery.

9.The parties have identified and originally scheduled six treating physicians for their depositions in July 2008.

10.Due to conflicts in their schedules, two physicians cancelled their original deposition dates, and cannot reschedule them until after August 1, 2008.  The parties are in the process of rescheduling the depositions.

11.Plaintiff's deposition has been scheduled for July 22, 2008.

12.Plaintiff wishes to depose Mary Jensen, an AMERICAN FAMILY claims representative, and potentially others, and the parties are working to schedule those depositions.

13.The parties do not bring this Motion to unnecessarily delay this matter; rather, the parties seek to acquire and produce outstanding relevant information through investigation and depositions and to avoid undue prejudice.

WHEREFORE, KLAUS SCHUBERT and AMERICAN FAMILY respectfully request that this Court enter an order granting the parties until October 31, 2008, to complete discovery,

and striking the status hearing scheduled for August 28, 2008 in the form of the draft Order tendered herewith.

                                                                     Respectfully submitted,

| SCHROEDER & SCHROEDER | CHITTENDEN, MURDAY & NOVOTNY LLC |
|---|---|
| By:   s/ John L. Schroeder (with consent) | By:   s/ Craig M. Bargher |
|     John L. Schroeder |     Craig M. Bargher |
|     One of the Attorneys for Plaintiff |     One of the Attorneys for Defendant |
|     KLAUS SCHUBERT |     AMERICAN FAMILY |
|     Schroeder & Schroeder |     MUTUAL INSURANCE COMPANY |
|     1250 Executive Place, Suite 201 |     303 W. Madison, Suite 1400 |
|     Geneva, IL  60134 |     Chicago, Illinois 60606 |
|     jls@schroeder-lawfirm.com |     (312) 281-3600 |
| |     (312) 281-3678 (fax) |
| |     cbargher@cmn-law.com |
| |     Illinois Bar No.  6215735 |

O:\AM223 AMFAMILY\41128 - SCHUBERT\PLEADINGS-FEDERAL\MOT EXTENSION OF TIME TO COMPLETE DISCOVERY - ADT.DOC