IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY INSURANCE | ) | Judge Aspen |
| GROUP and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   John L. Schroeder
     Schroeder & Schroeder
     1250 Executive Place, Suite 201
     Geneva, IL  60134

**PLEASE TAKE NOTICE** that on the **15th** day of **July, 2008** at **10:30 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Judge Marvin E. Aspen or any judge sitting in his place or stead, in the courtroom usually occupied by him in **Room 2568** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present the Parties' **Joint Agreed Motion for Extension of Time to Complete Discovery**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois this **10th** day of **July, 2008.**

    Respectfully submitted,

    CHITTENDEN, MURDAY & NOVOTNY LLC

    By:__s/ Craig M. Bargher_____
       Craig M. Bargher
       One of the Attorneys for Defendants
       AMERICAN FAMILY INSURANCE GROUP and
       AMERICAN FAMILY MUTUAL INSURANCE
       COMPANY
       303 W. Madison, Suite 1400

Chicago, Illinois 60606
(312) 281-3600
312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735

*Certificate of Service*

I hereby certify that on **July 10, 2008,** I electronically filed the foregoing Notice of Motion with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

John L. Schroeder
Carolyn A. Schroeder
Schroeder & Schroeder
1250 Executive Place, Suite 201
Geneva, IL  60134
jls@adamsswatek.com

**DATED** this **10th** day of **July, 2008.**

By:  s/ Craig M. Bargher
Craig M. Bargher
One of the Attorneys for Defendants
AMERICAN FAMILY INSURANCE
GROUP and AMERICAN FAMILY
MUTUAL INSURANCE COMPANY
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735

O:\AM223 AMFAMILY\41128 - SCHUBERT\PLEADINGS-FEDERAL\NOM - MOT EXTENSION OF TIME TO COMPLETE DISCOVERY - ADT.DOC