**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Klaus Schubert
                        Plaintiff,

v.                                                            Case No.: 1:08−cv−01242

                                                                   Honorable Marvin E. Aspen

American Family Mutual Insurance Company, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 7/14/08: Joint Agreed Motion for extension of time to complete discovery [23] is granted. Motion terminated. Discovery is extended and ordered closed by 10/31/2008. Final extension. The status hearing and for the filing of a joint pretrial order or cross−motions for summary judgment set for 8/28/08 is reset to 12/11/2008 at 10:30 AM. The motion hearing set for 7/15/08 is stricken. Enter Order.Judicial staff maield notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.