IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY INSURANCE | ) | Judge Aspen |
| GROUP and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter coming before the Court on the Parties' Joint Agreed Motion for Extension of Time to Complete Discovery pursuant to Federal Rules of Civil Procedure 7(b) and 29(b), due notice having been given and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Parties' Motion is granted.

2. The Parties shall complete discovery by October 31, 2008.

3. The status hearing scheduled for August 28, 2008 is stricken. Parties are to either file a joint pretrial order or cross-motions for summary judgment in open court on 12/11/08 at 10:30 a.m.  Final extension.

ENTER:

Dated:__7/14/08                    Honorable Marvin E. Aspen_____

Craig M. Bargher
One of the Attorneys for Defendants
AMERICAN FAMILY
INSURANCE GROUP and
AMERICAN FAMILY MUTUAL
INSURANCE
COMPANY
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735

~9799240.wpd