IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY INSURANCE | ) | Judge Aspen |
| GROUP and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE COMPANY, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, KLAUS SCHUBERT, by and through his attorneys, John L. Schroeder and Schroeder & Schroeder, and Defendants, AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, by and through their attorneys, Sean P. MacCarthy, Craig M. Bargher and Chittenden, Murday & Novotny LLC, and pursuant to settlement and agreement, hereby stipulate to the dismissal of Plaintiff's Complaint at Law and Amended Complaint at Law, with prejudice, dismissing the entire action, in accordance with the Agreed Order tendered herewith, and with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY LLC

By:  s/ Craig M. Bargher
Craig M. Bargher
One of the Attorneys for Defendants
AMERICAN FAMILY INSURANCE GROUP and
AMERICAN FAMILY MUTUAL INSURANCE

COMPANY
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No.  6215735



SCHROEDER & SCHROEDER

By:     s/ John L. Schroeder (with consent)
John L. Schroeder
One of the Attorneys for Plaintiff
KLAUS SCHUBERT
1250 Executive Place
Suite 201
Geneva, IL 60134
(630) 262-9500
(630) 262-9535 (fax)
jls@schroeder-lawfirm.com

O:\AM223 AmFamily\41128 - Schubert\Pleadings-federal\stipulation dismissal 2.doc