**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
**Eastern Division**

Klaus Schubert
                            Plaintiff,

v.                                                       Case No.: 1:08−cv−01242

                                                            Honorable Marvin E. Aspen

American Family Mutual Insurance Company, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen dated 8/12/08: This matter is dismissed with prejudice and with each party to bear his or its own costs and attorneys' fees, all mattters in controversy for which said action was brought having been fully settled, compromised and adjourned. The status hearing and for the filing of a joint pretrial or cross motions for summary judgment set for 12/11/08 is stricken. Civil case terminated. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.