IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KLAUS SCHUBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08-cv-1242 |
| | ) | |
| AMERICAN FAMILY INSURANCE GROUP and AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) | Judge Aspen Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the parties' Stipulation to Dismiss, the Court having been fully advised in the premises, and by agreement of the parties,

**IT IS HEREBY ORDERED THAT:**

This matter be and is dismissed with prejudice and with each party to bear his or its own costs and attorneys' fees, all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

ENTER:

Dated: August 12, 2008   _____
                                                  **Judge**

Craig M. Bargher
One of the Attorneys for Defendants
AMERICAN FAMILY INSURANCE GROUP and
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY
Chittenden, Murday & Novotny, LLC
303 W. Madison, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
cbargher@cmn-law.com
Illinois Bar No. 6215735

John L. Schroeder
One of the Attorneys for Plaintiff
KLAUS SCHUBERT
Schroeder & Schroeder
1250 Executive Place, Suite 201
Geneva, IL 60134
(630) 262-9500
(630) 262-9535 (fax)
jls@schroeder-lawfirm.com
Illinois Bar No. 02508680

C:\Temp\notes6030C8\Stipulation dismissal 2.wpd